# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH NEEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 18-CV-1764 W (WVG) <br><br> **ORDER GRANTING APPLICATION TO APPOINT GUARDIAN AD LITEM [DOC. 3]** |

Pending before the Court is an application by Judith Ransdell for an order appointing her guardian ad litem for Plaintiffs Rs. N. and Rg. N. [Doc. 3.] The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).

"A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). This rule "requires a court to take whatever measures it deems proper to protect an incompetent person during litigation." United States v. 30.64 Acres of Land, More or Less, Situated in Klickitat Cty., State of Wash., 795 F.2d 796, 805 (9th Cir. 1986). "[T]he appointment of a guardian ad litem is more than a mere formalism. A guardian ad

1

litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." Id. The question of whether to appoint a guardian ad litem is committed to the district court's sound discretion. Id.

The Application represents that: (1) Rs. N. and Rg. N. are minors who live with their parents, Elizabeth and David Neel; (2) no previous application for the appointment of a guardian ad litem has been made in this matter; (3) Ms. Ransdell is close family friend who is qualified to serve as guardian ad litem and consents to serve as guardian ad litem; and (4) Ms. Ransdell has no adverse interests or conflicts of interest. (*Application* [Doc. 3].)

Given the foregoing findings of fact, the petition to appoint Rs. N. and Rg. N.'s guardian ad litem is **GRANTED**.

Judith Ransdell is hereby appointed as guardian ad litem for Rs. N. and Rg. N. for the purpose of prosecuting this action on their behalf.

**IT IS SO ORDERED.**

Dated: August 3, 2018

Hon. Thomas J. Whelan
United States District Judge