# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH NEEL, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                     Defendants. | Case No.: 18-CV-1764 W (MSB)<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANTS' MOTIONS TO DISMISS THE ORIGINAL COMPLAINT AS MOOT [DOCS. 10, 11]; AND**<br><br>**(2) SETTING A HEARING DATE OF FEBRUARY 18, 2019 FOR DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT [DOC. 16, 17]** |

     On November 6, 2018, Defendants County of San Diego and Amy Meidigner each filed motions to dismiss Plaintiff's initial Complaint. [Docs. 10, 11.] 21 days later, on November 27, 2018, Plaintiff filed its First Amended Complaint ("FAC").

     A party may amend a complaint within 21 days of service of a responsive pleading. See Fed. R. Civ. P. 15(a)(1)(B). "It is well-established in our circuit that an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.' " Ramirez v. Cty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting Forsyth

1

v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997)).  Accordingly, when a plaintiff timely amends, the original complaint ceases to exist, and any pending motions to dismiss it are moot.  See id.

In light of the filing of the FAC, Defendants' motions to dismiss the initial complaint are **DENIED AS MOOT**.

On December 27, 2018, Defendants filed two motions to dismiss the FAC.  Owing to the holidays, Defendants were unable to obtain a hearing date prior to filing.

The Court sets the hearing date of **February 18, 2019** for Amy Meidigner's motion to dismiss, and for the motion filed by the County of San Diego.  These motions will be heard without oral argument pursuant to Civil Local Rule 7.1(d)(1).  No appearances will be necessary.

**IT IS SO ORDERED.**

Dated:  January 2, 2019

Hon. Thomas J. Whelan
United States District Judge