UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH NEEL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　Defendants. | Case No. 18cv1764-W (MSB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE A COUNTY REPRESENTATIVE AND AMY MEIDINGER FROM APPEARING AT EARLY NEUTRAL EVALUATION AND TO PERMIT THEM TO APPEAR BY COUNSEL**<br><br>**[ECF NO. 42]** |

On September 26, 2019, Defendants filed their "Unopposed Ex Parte Application to Excuse a County Representative and Amy Meidinger from Appearing at Early Neutral Evaluation [("ENE")] and to Permit Them to Appear by Counsel." (ECF Doc. No.42.) In support of their motion, one of the attorneys for Defendants explains that the two attorneys who share primary responsibility for the case will be appearing at the ENE on behalf of the County of San Diego, with authority to negotiate and recommend settlement to the County Board of Supervisors. (ECF No. 42-1 at 2.) She further declares that Ms. Meidinger, who has no financial stake in the settlement of this matter, is currently on medical leave from her job and would not be able to attend a settlement conference until

January of 2020.  (Id.; see also ECF No. 42 at 3.)  Defense counsel confirms that Plaintiffs' counsel does not oppose either of these requests.  (ECF No. 42-1 at 3.)

      Based on the foregoing to Court finds good cause to GRANT Defendants' motions.  Amy Meidinger is excused from personally appearing at the October 7, 2019 ENE in this matter.  Defendant the County of San Diego is excused from sending an agency official to personally attend the hearing.  Rather, Ms. Meidinger and the County can be represented at the hearing by the personal appearance of their assigned litigation attorneys who have primary responsibility for handling the case and who may negotiate settlement offers which the attorneys are willing to recommend to government officials who have ultimate settlement authority.

**IT IS SO ORDERED.**

Dated:  September 27, 2019

Honorable Michael S. Berg
United States Magistrate Judge